UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., ET AL., | No. 2:11-cv-00845-MCE-CKD |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| LOGICAL DESIGN, INC., ET AL., | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED the June 3, 2013 bench trial is vacated and continued to **March 3, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **December 26, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the April 4, 2013 Final Pretrial Conference is vacated and continued to **January 9, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **December 19, 2013** and shall comply with the procedures outlined in the Court's October 18, 2011 Amended Pretrial Scheduling Order.

///

1

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4      Any evidentiary or procedural motions are to be filed by
5 **December 19, 2013.**  Oppositions must be filed by **December 26,**
6 **2013** and any reply must be filed by **January 2, 2014.**  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9      All other due dates set forth in the Court's Amended
10 Pretrial Scheduling Order are confirmed.
11      IT IS SO ORDERED.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2