JEFFREY M. GALEN, ESQ. [SBN 134705]
GLENN D. DAVIS, ESQ. [SBN 150744]
16255 VENTURA BLVD., SUITE 440
ENCINO, CA 91436
(818) 986-5685 (TELEPHONE)
(818) 986-5685 (FACSIMILE)
JEFFREY.GALEN@GALENDAVISLAW.COM

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROW ELECTRONICS, INC., a New York Corporation; ARROW ENTERPRISE COMPUTING SOLUTIONS, INC., a Delaware Corporation,<br><br>                Plaintiff,<br>vs.<br><br>LOGICAL DESIGN, INC., a California Corporation; STEVEN VETTEL, an individual; and, DOES 1 to 10, inclusive,<br><br>                Defendant | Case No.: 2-11-cv-00845-MCE-CKD<br><br>**ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT** |

**GOOD CAUSE APPEARING** from the Stipulation For Entry of Judgment and proof being made to the satisfaction of this court:

///

///

///

///

///

ORDER RE: STIPULATION FOR ENTRY OF JUDGMENT - 1

**IT IS HEREBY ORDERED:**

That Judgment is hereby entered against Defendant LOGICAL DESIGN, INC., a California Corporation and in favor of Plaintiff, ARROW ELECTRONICS, INC., a New York Corporation; ARROW ENTERPRISE COMPUTING SOLUTIONS, INC., a Delaware Corporation in the amount of Four Hundred Fifty Six Thousand One Hundred Forty Five Dollars and Twenty Four Cents ($456,145.24).  Defendant Stephen Vettel, erroneously sued as Steven Vettel, is DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED:

Dated:  February 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT